# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Federal Home Laon Mortgage Corproation <br> *Plaintiff* <br> v. <br> William E. Kantz <br> *Defendant, Third-party plaintiff* <br> v. <br> Rubin Lublin TN, PLLC and Bank of America, NA <br> *Third-party defendant* | Civil Action No. 15-cv-0932 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Bank of America, NA.
attn.: Correspondence Unit, Mail Stop CA6-919-01-41
P. O. Box 5170
Simi Valley, California 93062

A lawsuit has been filed against defendant  Bank of America, NA , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  William E. Kantz .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
James Roberts, Roberts & Associates
P. O. Box 331606
Nashville, Tennessee 37203-1606

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jerry Morgan, Wilson & Associates
Creekside Crossing III, 8 Cadillac Drive
Brentwood, Tennessee 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: OCT 26 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Federal Home Laon Mortgage Corproation <br> *Plaintiff* <br> v. <br> William E. Kantz <br> *Defendant, Third-party plaintiff* <br> v. <br> Rubin Lublin TN, PLLC and Bank of America, NA <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 15-cv-0932 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Rubin Lubin TN, PLLC
Registered Agent Natalie Brown
119 South Main Street, Suite 500
Memphis, Tennessee 38103

A lawsuit has been filed against defendant  Rubin Lublin TN, PLLC  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff William E. Kantz .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
James Roberts, Roberts & Associates
P. O. Box 331606
Nashville, Tennessee 37203-1606

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jerry Morgan, Wilson & Associates
Creekside Crossing III, 8 Cadillac Drive
Brentwood, Tennessee 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: OCT 2 6 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*