IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER: motion granted.

John Bryant
USMJ

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>WILLIAM E. KANTZ. JR.,<br><br>    Defendant/Counter-Plaintiff/Third-Party Plaintiff,<br><br>v.<br><br>RUBIN LUBLIN TN, PLLC and<br>BANK OF AMERICA, N.A.,<br><br>    Third-Party Defendants.<br><br>FLEX YIELD INVESTMENTS, LLC,<br><br>    Intervenor,<br><br>v.<br><br>FEDERAL HOUSING FINANCING AGENCY, on its own behalf and as conservator of FEDERAL HOME LOAN MORTGAGE CORPORATION; and RUBIN LUBLIN TN, PLLC,<br><br>    Intervenor-Defendants. | Case No. 3:15-cv-00932<br>Judge Nixon<br>Magistrate Judge Bryant |

### RUBIN LUBLIN TN, PLLC'S MOTION FOR LEAVE OF COURT TO FILE REPLY TO FLEX YIELD INVESTMENTS, LLC'S RESPONSE TO ITS MOTION TO DISMISS THE AMENDED COMPLAINT IN INTERVENTION

COMES NOW, Rubin Lublin TN, PLLC ("Rubin Lublin") and pursuant to LR 7.01(b), respectfully moves for leave of Court to file a Reply to Flex Yield Investments, LLC's ("FYI")

1