| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | § | |
|     **Plaintiff,** | § | **Case No. 3:15-cv-00932** |
| | § | |
| **v.** | § | **Judge Campbell** |
| | § | **Magistrate Judge: Bryant** |
| **WILLIAM E. KANTZ, JR.,** | § | |
| **Defendant,** | § | |
| _____ | § | |
| | § | |
| **WILLIAM E. KANTZ, JR.,** | § | |
|     **Third-Party Plaintiff,** | § | |
| | § | |
|  **v.** | § | |
| **BANK OF AMERICA, N.A.,** | § | |
| **RUBIN LUBLIN TN, PLLC,** | § | |
|     **Third-Party Defendants,** | § | |
| _____ | § | |
| | § | |
| **FLEX YIELD INVESTMENTS, LLC,** | § | |
|     **Intervenor,** | § | |
| **v.** | § | |
| | § | |
| **FEDERAL HOUSING FINANCING** | § | |
| **AGENCY, on its own behalf and as** | § | |
| **conservator of FEDERAL HOME LOAN** | § | |
| **MORTGAGE CORPORATION,** | § | |
|     **Intervenor-Defendant and** | § | |
|     **Real Party in Interest,** | § | |
| | § | |
| **and** | § | |
| | § | |
| **RUBIN LUBLIN TN, PLLC.** | § | |
| **Intervenor-Defendant.** | § | |
| _____ | § | |

## MOTION FO RLEAVE TO FILE AMENDED ANSWER AND AMENDED COUNTER COMPLAINT

    Come now William E. Kantz, Jr., ("Mr. Kantz") by and through counsel, and hereby files

his motion for leave to file an Amended Answer and Counter complaint. In support of this

motion Mr. Kantz would state upon further research and investigation he has discovered

Tennessee law specifically allows his to raise the defendants' fraudulent foreclosure tactics as an affirmative defense to the General Sessions Civil Detainer Warrant seeking possession of his home. The issue of <u>possession</u> of the Property was not addressed in his previous litigation. The Defendants base their defenses to the counter-claims by claiming the same were previously adjudicated. However, the issue of <u>possession</u> was never addressed and therefore Mr. Kantz should be permitted to fully assert the same. Under Tennessee law "[t]here is absolutely no doubt that wrongful foreclosure can be raised as an affirmative defense to an unlawful detainer action brought by the purchaser of property in foreclosure. *Citifinancial Mortgage Co., Inc. v. Beasley*, No. W2006-00386-COA-R3-CV, 2007 WL 77289 at *5 (Tenn. Ct. App. Jan. 11, 2007); *Federal Nat'l Mortgage Ass'n v. Robilio*, No. W2007-01758-COA-R3-CV, 2008 WL 2502114 at *5 (Tenn. Ct. App. June 24, 2008). "Where title bears directly upon the right of possession . . . a party may legitimately interpose the issue." *Beasley*, 2007 WL 77289 at *6. It is the purchaser's "constructive entry" onto the premises through the title obtained in foreclosure that "provides the basis for maintaining the unlawful detainer action." Id. at *7. *Davis v. Williams*, E2010-01139-COA-R3-CV (Tenn. Ct. App. Jan. 31, 2011).

The issue of *possession* of Mr. Kantz's Property was not raised in the previous litigation and therefore can and should be freely raised in this matter.

The intervention of FYI and the plethora of pleadings between the Defendants and FYI have uncovered the Defendant' numerous fraudulent tactics and legal malfeasance related to the handling of the faked foreclosure sales. Mr. Kantz seeks leave to amend his counter-complaint to conform to the newly discovered evidence and the Defendants' admissions.

No party has filed an Answer the original counter-complaint so no party would be prejudiced from the amendment.

2

Respectfully submitted:

____/s/_____ James D. R. Roberts, Jr._____
Roberts & Associates, Attorneys at Law
James D. R. Roberts, Jr., #017537
1700 Hayes Street, Suite 201
P. O. Box 331606
Nashville, Tennessee 37203
(615) 242-2002 office / (615) 242-2042 facsimile
Attorneys for William E. Kantz, Jr.
Jim.Roberts@RobertsandAssociatesLaw.com

## Certificate of Service

I certify a copy of this Amended Answer and Counter-Claim has been served on the following via the Court's ECF to:

H. Buckley Cole
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219

Randall S. Bueter
Wilson & Associates, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211

Gerald D. Morgan
Wilson & Associates, PLLC
8 Cadillac Drive
Suite 120
Brentwood, Tennessee 37027

Scott D. Johannessen
Law Offices of Scott D. Johannessen
424 Church Street, Suite 2000
Nashville, Tennessee 37219

Rick Humbracht
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

____/s/_____ James D. R. Roberts, Jr._____

3