IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP. | )<br>)<br>) NO. 3-15-932 |
| v. | ) JUDGE CAMPBELL<br>) |
| WILLIAM E. KANTZ, JR., et al. | ) |

ORDER

This case was reassigned to the undersigned on January 12, 2016 (Docket No. 81). Intervenor Flex Yield Investments, LLC has filed a Notice of Voluntary Dismissal of Claim (Docket No. 87), indicating that it wishes to voluntarily dismiss one of the claims in its Amended Complaint in Intervention (Docket No. 45). Accordingly, the Second Claim for Relief of Intervenor Flex Yield Investments, LLC, dealing with the Fair Debt Collection Practices Act, is DISMISSED.

On November 10, 2015, Senior Judge Nixon referred seven Motions (Docket Nos. 11, 20, 27, 28, 29, 33 and 34) to the Magistrate Judge for Reports and Recommendations and two Motions (Docket Nos. 20 and 28) to the Magistrate Judge for decision (Docket No. 44). Since that time, nine additional Motions have been filed (Docket Nos. 49, 51, 53, 56, 62, 63, 77, 88 and 89), all of which appear to relate to the previously-referred Motions. Accordingly, these additional Motions are referred to the Magistrate Judge as well.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE