# UNITED STATES DISTRICT COURT
for the
## Middle District of Tennessee

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br>*Plaintiff*<br>v.<br>WILLIAM KANTZ<br>*Defendant* | Civil Action No. 3:15-cv-00932 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEDERAL HOUSING FINANCE AGENCY,
on its own behalf and as conservator of
FEDERAL HOME LOAN MORTGAGE CORPORATION
Attention: Melvin L. Watt, Director; Alfred M. Pollard, General Counsel
Constitution Center
400 7th Street, SW
Washington, D.C. 20219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
424 Church Street, Suite 2000
Nashville, TN 37219
Telephone: 877.863.5400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV 19 2015

KEITH THROCKMORTON
*CLERK OF COURT*

*/s/ Alia D. Morgan*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**PRIORITY MAIL 2-DAY™**

U.S. POSTAGE
$10.50
PM 2-DAY
37203 0006
Date of sale
11/20/15
06 2S00
A5625 1120 162303 08246104

1 lb. 15.20 oz
0006

EXPECTED DELIVERY 11/23/2015

SHIP TO:
WASHINGTON DC 20219

**USPS CERTIFIED MAIL™**

9502 6000 3364 5324 0000 44

---

Scott D. Johannessen
Law Offices of Scott D. Johannessen
424 Church Street, Suite 2000
Nashville, Tennessee 37219

**FEDERAL HOUSING FINANCE AGENCY**
Attn: Melvin L. Watt, Director
Alfred M. Pollard, General Counsel
Constitution Center
400 7th Street, SW
Washington, D.C. 20219

English   Customer Service   USPS Mobile                                      Register / Sign In



# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9502600033645324000044

**Updated Delivery Day:** Friday, December 18, 2015

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™    Up to $50 insurance included Restrictions Apply

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 17, 2015 , 11:37 am | **Delivered, Left with Individual** | WASHINGTON, DC 20219 |

Your item was delivered to an individual at the address at 11:37 am on December 17, 2015 in WASHINGTON, DC 20219.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 17, 2015 , 10:34 am | Sorting Complete | WASHINGTON, DC 20018 |
| December 17, 2015 , 9:45 am | Arrived at Unit | WASHINGTON, DC 20018 |
| December 17, 2015 , 8:42 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20018 |
| December 17, 2015 , 5:04 am | Departed USPS Destination Facility | WASHINGTON, DC 20066 |
| December 15, 2015 , 6:56 pm | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| December 15, 2015 , 1:09 pm | Arrived at USPS Facility | MERRIFIELD, VA 22081 |
| December 8, 2015 , 9:37 am | Undeliverable as Addressed | WASHINGTON, DC 20024 |
| December 7, 2015 , 5:28 am | Arrived at Unit | WASHINGTON, DC 20024 |
| November 28, 2015 , 9:58 am | Departed USPS Facility | WASHINGTON, DC 20018 |
| November 27, 2015 , 5:11 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20018 |

Page 1 of 2

| November 21, 2015 , 7:14 am | Departed USPS Facility | NASHVILLE, TN 37230 |
|---|---|---|
| November 20, 2015 , 10:48 pm | Arrived at USPS Origin Facility | NASHVILLE, TN 37230 |
| November 20, 2015 , 10:23 am | Acceptance (SSK) | NASHVILLE, TN 37203 |

Track Another Package

**Tracking (or receipt) number**

| 9502600033645324000044 | Track It |

Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



Copyright © 2016 USPS. All Rights Reserved.

| Search or Enter a Tracking Number |