| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WILLIAM KANTZ, )<br>)<br>Defendant, )<br>WILLIAM KANTZ, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., RUBIN LUBLIN TN, PLLC, )<br>Third-Party Defendants. )<br>)<br>FLEX YIELD INVESTMENTS, LLC, )<br>)<br>Intervenor, )<br>)<br>v. )<br>)<br>FEDERAL HOUSING FINANCING AGENCY, on its own behalf and as conservator of FEDERAL HOME LOAN MORTGAGE CORPORATION; and RUBIN LUBLIN TN, PLLC, )<br>)<br>Intervenor-Defendants. ) | No. 3:15-cv-0932<br><br>Judge Campbell<br>Magistrate Judge Bryant |

**FEDERAL HOME LOAN MORTGAGE CORPORATION'S AND BANK OF AMERICA, N.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AMENDED COUNTER COMPLAINT**

Plaintiff, Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Third-Party Defendant, Bank of America, N.A., ("BANA"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby move this Court for a 14-day extension from February 16, 2016 (through March 1, 2016) to respond to Defendant/Third-Party Plaintiff William Kantz's ("Mr. Kantz") "Motion for Leave to File Amended Answer and Amended Counter Complaint" (Doc. 88). In support of this motion, Freddie Mac and BANA state as follows:

1. Mr. Kantz filed his Motion for Leave to File Amended Answer and Amended Counter Complaint on January 28, 2016. (Doc. 88)

2. Pursuant to Local Rule 7.01(b) and Rule 6(d) of the Federal Rules of Civil Procedure, Freddie Mac's and BANA's deadline for filing a response to Mr. Kantz's Motion for Leave to File Amended Answer and Amended Complaint is today, February 16, 2016.

3. Freddie Mac's and BANA's undersigned counsel, Mr. H. Fredrick Humbracht, underwent knee replacement surgery on Wednesday, February 3, 2016. Mr. Humbracht has been out of the office recovering since that day and requires additional time to respond to Mr. Kantz's motion.

4. On February 12, 2016, Mr. Humbracht contacted Mr. Kantz's counsel, Mr. James D.R. Roberts, Jr., via email from home, requesting Mr. Roberts' consent to this motion for extension of time. As of the time of the filing of this motion, however, Mr. Roberts has not responded to Mr. Humbracht's email.

5. Freddie Mac and BANA respectfully submit that on account of the foregoing, good cause exists under Rule 6(b)(1)(A) for the requested extension.

WHEREFORE, Freddie Mac and BANA respectfully request that the Court enter an Order granting their motion for good cause shown and an extension through March 1, 2016,

within which to respond to Mr. Kantz's motion.

                                      Respectfully submitted,

*/s/ H. Frederick Humbracht*
H. Frederick Humbracht (No. 2993)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2371
Facsimile: (615) 252-6371
rhumbracht@babc.com

*Attorney for Federal Home Loan Mortgage Corporation and Bank of America, N.A.,* and

Gerald D. Morgan
Wilson & Associates, PLLC
8 Cadillac Drive
Suite 120
Brentwood, Tennessee 37027
Email: jmorgan@wilson-assoc.com

Randall S. Bueter
Wilson & Associates, PLLC
1521 Merrill Drive
Suite D-220
Little Rock, Arkansas 72211
Email: rbueter@wilson-assoc.com

*Attorneys for Federal Home Loan Mortgage Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for extension of time is being forwarded via the Court's Electronic Filing System to:

>James D.R. Roberts, Jr.
>Roberts & Associates
>1700 Hayes Street, Suite #201
>P.O. Box 331606
>Nashville, Tennessee 37203
>(615) 242-2002
>Facsimile: (615) 242-2042
>Email: Jim.Roberts@RobertsAndAssociatesLaw.com

>H. Buckley Cole
>Hall Booth Smith, P.C.
>Fifth Third Building
>424 Church Street
>Suite 2950
>Nashville, Tennessee 37203
>Email: bcole@hallboothsmith.com

>Scott D. Johannessen
>Law Offices of Scott D. Johannessen
>Fifth Third Center
>424 Church Street
>Suite 2000
>Nashville, Tennessee 37219
>Email: scott@sdjnet.com

on this the 16th day of February, 2016.

>*/s/ H. Frederick Humbracht*
>H. Frederick Humbracht