UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | § § § |
| Plaintiff, | § Case No. 3:15-cv-00932 § |
| v. | § Judge Campbell § Magistrate Judge Bryant |
| WILLIAM E. KANTZ, JR., | § § |
| Defendant. | § § |
| WILLIAM E. KANTZ, JR., | § § § |
| Third-Party Plaintiff, | § § |
| v. | § § |
| BANK OF AMERICA, N.A., RUBIN LUBLIN TN, PLLC, | § § § |
| Third-Party Defendants. | § § |
| FLEX YIELD INVESTMENTS, LLC, | § § § |
| Intervenor, | § § |
| v. | § § |
| FEDERAL HOUSING FINANCING AGENCY, on its own behalf and as conservator of FEDERAL HOME LOAN MORTGAGE CORPORATION, | § § § § § |
| Intervenor-Defendant and Real Party in Interest, | § § § |
| and | § § |
| RUBIN LUBLIN TN, PLLC. | § § |
| Intervenor-Defendant. | § § § |

***AMENDED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Flex Yield Investments, LLC ("FYI"), by and through its undersigned counsel, hereby respectfully amends its February 29, 2016, Motion for Extension of Time to File Response (DE 100) to reflect the **March 15, 2016, consent** of the Federal Housing Financing Agency ("FHFA"), by and through its counsel of record, to FYI's request for an extension of time to respond to FHFA's Motion to Strike or, in the Alternative, to Dismiss (DE 95, "Motion") FYI's Amended Complaint in Intervention (DE 45). The agreed upon extension of time to respond to the Motion is now **March 21, 2016**.

WHEREFORE, FYI respectfully requests an extension of time, up to and including Monday, **March 21, 2016**, by which to file its response to FHFA's Motion.

                                      Respectfully submitted,

By:   *s/ Scott D. Johannessen*

       Scott D. Johannessen, BPR # 26767
       LAW OFFICES OF SCOTT D. JOHANNESSEN
       424 Church Street, Suite 2000
       Nashville, TN 37219
       Telephone:  877.863.5400
       Facsimile:   877.863.5401
       E-Mail:      scott@sdjnet.com
       Web:        www.sdjnet.com

       *Attorney for Intervenor,*
       *Flex Yield Investments, LLC*

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, the undersigned hereby certifies that a true and correct copy of the foregoing document, entitled *Amended Motion for Extension of Time to File Response*, was delivered to the following persons/entities appearing of record herein via electronic mail through the Court's ECF system and, if not appearing of record herein, via regular United States first class mail, postage prepaid:

| | | |
|---|---|---|
| H. Buckley Cole<br>Fifth Third Center<br>424 Church Street<br>Suite 2950<br>Nashville, TN 37219 | James D.R. Roberts, Jr.<br>Roberts & Associates<br>1700 Hayes Street<br>Suite 303<br>Nashville, TN 37203 | Gerald D. Morgan<br>Wilson & Associates, PLLC<br>8 Cadillac Drive<br>Suite 120<br>Brentwood, TN 37027 |
| Randall S. Bueter<br>Wilson & Associates, PLLC<br>1521 Merrill Drive<br>Suite D-220<br>Little Rock, AR 72211 | Rick Humbracht<br>Bradley Arant Boult Cummings, LLP<br>600 Division Street<br>Suite 700<br>Nashville, TN 37203 | Jessalyn H. Zeigler<br>Bass, Berry & Sims PLC<br>150 Third Avenue South,<br>Suite 2800<br>Nashville, TN 37201 |

Executed on March 16, 2016.    By: *s/ Scott D. Johannessen*
                                                                         Scott D. Johannessen