UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM E. KANTZ, JR., <br><br> Defendant. | Case No. 3:15-cv-00932 <br><br> Judge Campbell <br> Magistrate Judge Bryant |
| WILLIAM E. KANTZ, JR., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br> RUBIN LUBLIN TN, PLLC, <br><br> Third-Party Defendants. | |
| FLEX YIELD INVESTMENTS, LLC, <br><br> Intervenor, <br> v. <br><br> FEDERAL HOUSING FINANCING AGENCY, on its own behalf and as conservator of FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Intervenor-Defendant and <br> Real Party in Interest, <br><br> and <br><br> RUBIN LUBLIN TN, PLLC. <br><br> Intervenor-Defendant. | ORDER: <br><br> Motion granted. <br><br> John Bryant <br> USMJ |

*AMENDED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Flex Yield Investments, LLC ("FYI"), by and through its undersigned counsel, hereby respectfully amends its February 29, 2016, Motion for Extension of Time to File Response (DE 100) to reflect the **March 15, 2016, consent** of the Federal Housing Financing Agency ("FHFA"), by and through its counsel of record, to FYI's request for an extension of time to respond to FHFA's Motion to Strike or, in the Alternative, to Dismiss (DE 95, "Motion") FYI's Amended Complaint in Intervention (DE 45). The agreed upon extension of time to respond to the Motion is now **March 21, 2016.**

WHEREFORE, FYI respectfully requests an extension of time, up to and including Monday, **March 21, 2016,** by which to file its response to FHFA's Motion.

Respectfully submitted,

By: *s/ Scott D. Johannessen*

Scott D. Johannessen, BPR # 26767
LAW OFFICES OF SCOTT D. JOHANNESSEN
424 Church Street, Suite 2000
Nashville, TN 37219
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com
Web: www.sdjnet.com

*Attorney for Intervenor,*
*Flex Yield Investments, LLC*