IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FEDERAL HOME LOAN )
MORTGAGE CORP. )
) NO. 3-15-932
v. ) JUDGE CAMPBELL
)
WILLIAM E. KANTZ, JR., et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 139), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Intervenor Flex Yield Investments, LLC's Motion to Sever (Docket No. 77) is DENIED without prejudice as premature.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE