IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP. | ) ) ) NO. 3-15-932 |
| v. | ) JUDGE CAMPBELL ) |
| WILLIAM E. KANTZ, JR., et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 137) and Objections filed by the Federal Home Loan Mortgage Corporation ("Freddie Mac") (Docket No. 144). No Response to the Objections has been timely filed.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. Given the Second Amended Complaint in Intervention (Docket No. 145), filed *after* the Report and Recommendation, the Intervenor's Motion to Ascertain Freddie Mac's Article III Standing and Status as a Real Party in Interest (Docket No. 33) is moot. The Intervenor has dismissed all its claims against Freddie Mac. Thus, the portion of the Report and Recommendation concerning Freddie Mac's filing an amended complaint to establish its standing and status as a real party in interest is overruled as moot.

No objections have been filed as to the other recommendations of the pending Report and Recommendation. Therefore, the remainder of the Report and Recommendation is adopted and approved. Accordingly, Defendant Kantz's Motion to File an Amended Answer and Amended Counter-Complaint (Docket No. 88) is GRANTED, and the Clerk is directed to file the Amended

Answer and Counter-Claim attached as Docket No. 88-1. The pending Motions to Strike or Dismiss (Docket Nos. 11 and 34) are DENIED without prejudice. In addition, the Intervenor's Motion to Strike and Amended Motion to Strike (Docket Nos. 53 and 56) are DENIED.

IT IS SO ORDERED.

```
                              _____
                              TODD J. CAMPBELL
                              UNITED STATES DISTRICT JUDGE
```