IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,**<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>**WILLIAM E. KANTZ, JR.,**<br><br>    Defendant/Counter-Plaintiff/Third-Party Plaintiff,<br><br>v.<br><br>**RUBIN LUBLIN TN, PLLC and BANK OF AMERICA, N.A.,**<br><br>    Third-Party Defendants. | Case No. 3:15-cv-00932<br><br>Judge Crenshaw<br><br>Magistrate Judge Newbern |

## **MOTION TO SET STATUS CONFERENCE**

COME NOW Federal Home Loan Mortgage Corporation ("Freddie Mac") and Bank of America, N.A. ("BANA"), and hereby file this Motion to Set Status Conference. This motion is being filed pursuant to the Court's November 10, 2016 Order [Doc. 212], in which this Court directed that a case management conference would be scheduled after the Sixth Circuit rendered a decision in *Kantz I*. On March 30, 2017, the Sixth Circuit affirmed the district court's dismissal of all claims in that action.

Counsel for Freddie Mac and BANA has consulted with counsel for the other parties, and the parties have agreed to set the conference for Friday, May 5, 2017 at 2:00 pm.

Respectfully submitted,

   */s/ Brian R. Epling*
Heather Howell Wright (No. 30649)
Brian R. Epling (No. 34728)
BRADLEY ARANT BOULT & CUMMINGS LLP
Roundabout Plaza
1600 Division St., Suite 700
Nashville, TN 37203
Tel.: (615) 252-2342
Fax: (615) 252-6342
hwright@bradley.com
bepling@bradley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing was delivered via the Court's electronic case filing system or via U.S. Mail upon the following on this 28th day of April, 2017:

H. Buckley Cole
Hall Booth Smith, P.C.
Fifth Third Building
424 Church Street, Suite 2950
Nashville, TN 37219

James D.R. Roberts, Jr.
Creditor Law Center
1700 Hayes Street, Suite 201
P.O. Box 331606
Nashville, TN 37203
Jim.roberts@creditorlawcenter.com

Gerald D. Morgan
Wilson & Associates, PLLC
8 Cadillac Drive, Suite 120
Brentwood, TN 37027
jmorgan@wilson-assoc.com

Randall S. Bueter
Wilson & Associates, PLLC
1521 Merrill Drive, Suite D-220
Little Rock, AR 72211
rbueter@wilson-assoc.com

   */s/ Brian R. Epling*
Brian R. Epling