*The motion is GRANTED.*

*/s/ Alistair E. Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | |
| Plaintiff/Counter-Defendant, | |
| v. | Case No. 3:15-cv-00932 |
| **WILLIAM E. KANTZ, JR.,** | Judge Crenshaw |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff, | Magistrate Judge Newbern |
| v. | |
| **RUBIN LUBLIN TN, PLLC and BANK OF AMERICA, N.A.,** | |
| Third-Party Defendants. | |

## AMENDED MOTION TO SET STATUS CONFERENCE

COME NOW Federal Home Loan Mortgage Corporation ("Freddie Mac") and Bank of America, N.A. ("BANA"), and hereby file this Amended Motion to Set Status Conference. This motion is being filed pursuant to the Court's November 10, 2016 Order [DKT NO. 212], in which this Court directed that a case management conference would be scheduled after the Sixth Circuit rendered a decision in *Kantz I*. On March 30, 2017, the Sixth Circuit affirmed the district court's dismissal of all claims in that action.

Counsel for Freddie Mac and BANA has consulted with counsel for the other parties, and the parties have agreed to set the conference for Monday, June 5, 2017 at 2:00 pm.