IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | NO. 3:15-cv-00932 |
| v. | ) ) | JUDGE CAMPBELL |
| WILLIAM KANTZ, | ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| BANK OF AMERICA, N.A., and RUBIN LUBLIN TN, PLLC, | ) ) ) | |
| Third Party Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report And Recommendation (Doc. No. 238), to which no timely objections have been filed. The Court has reviewed the Report and Recommendation and the entire record in this case. The Report and Recommendation is **ADOPTED** and **APPROVED**.

Accordingly, Rubin Lublin's Motion to Strike or Dismiss (Doc. No. 11) and Federal Home Loan Mortgage Corporation and Bank of America's Motion To Dismiss Counterclaim and to Strike Third Party Complaint (Doc. No. 34) are **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE